E. H. WORRELL, plaintiff in error, *vs.* H. & C. ADAMS,
administrators, *et al.*, defendants in error.

Practice Supreme Court. Suit on administrator's bond.
From Stewart.

This case was tried below upon issuable pleas filed by the
securities upon the administrator's bond. The principal filed
no plea. The jury found for the securities, but made no
finding as to the principal. The plaintiff brought the cause
here, averring errors, etc.

Here, upon consent of counsel, this Court ordered that
the judgment below should be affirmed, "provided nothing

in this order shall be so construed as to preclude the plaintiff from proceeding against said principal in the Court below." 24th February, 1872.

E. J. RAIFORD; B. WORRELL; J. L. WIMBERLY, for plaintiff in error.

M. J. CRAWFORD; BEALL & TUCKER, for defendants.